07- 5769 SBA

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT OAKLAND

**Elizabeth Ngendo Njenga**
v.
**immigration and customs enforcement**
  San francisco

petition for a writ of habeas corpus for my brother

**FILED**
NOV 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### Motion

Comes now petitioner Elizabeth Ngendo Njenga and moves this court to grant a writ of habeas corpus for my brother David Mungai Njenga alien number 91-72-8632 who is illegally detained by immigration at Tacoma Washington since January 12th 2007.

My brother was previously detained by immigration and customs for almost three years at Yuba county jail.

Sometime in 2004 my brother was granted release on bond and I became the surety and bond obligor, according to what I was told my brother will remain free until the case is finalized.

My brother is not a poor bail risk and as you can see all his family resides here in the united states.

I am a citizen of the united states and I am pleading for my brothers release under the same terms and conditions as previously granted

Most of the people detained with my brother have had bond hearings but my brother has not had one.

### RELIEF SOUGHT

Light of the foregoing I kindly request this court to order release of my brother under the same terms and conditions as previously set

Signed and submitted this 19th day of November 2007

Respectfully submitted
Elizabeth N.Njenga
2339 stahl ct
Gold River CA 97577

# BOND OBLIGOR RESPONSIBILITIES

1. You must be able to present the Subject to an officer of this Service each and every time a demand is made of you.

2. Each demand will be made either by personal service of via certified mail, return receipt. You should always keep this Service advised of you current address.

3. The bond will remain in effect until the case is resolved. This means until the Subject is found to be legal in the United States or until a legal departure is verified.

4. When the case is resolved, you will be notified by mail to return your original bond receipt for cancellation and return of your money.

5. This Service does not keep your money. It is held in the United States Treasury receiving interest. Your money will be returned you in the form of a United States Treasury check.

6. It will take at least 6 to 8 weeks after your receipt is returned properly for you to receive the check.

7. If you fail to receive notice and/or fail to surrender the Subject on demand, you will forfeit the bond.

8. Your receipt should be kept in a safe place. The original receipt is required for the return of your money.

9. If you have any questions about this case, always remember to include the Subject's file number in you inquiry.

10. If you ever have reason to believe you are not going to be able to guarantee the Subject's delivery to this Service upon our demand, you may have you bond cancelled by returning the Subject to the custody of this Service.

REMEMBER TO ALWAYS KEEP THIS SERVICE ADVISED OF YOUR CURRENT ADDRESS. MAIL RETURNED AS "UNDELIVERABLE" DOES NOT RELIEVE YOU OF YOUR OBLIGATION(S).

I have read and understand the above responsibilities.

Signature _____ELIZABETH NJENGA_____   Date _____
                    (Obligor)

Alien  ___David Mungai Njenga___   A# 91-738-632

Voluntary Surrender Order Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 23 1993
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
       v.                 )   No. CR-92-0423 BAC
                          )
  David Njenga            )   ORDER FOR
                          )   VOLUNTARY SURRENDER
            Defendant.    )
                          )

Defendant has requested permission to report voluntarily, at defendant's own expense, to the federal institution designated by the Atttoney General for service of defendant's sentence:

IT IS ORDERED THAT:

(1) A stay of execution of defendant's sentence is GRANTED on the conditions set forth below, and during the period of the stay defendant shall remain at large on defendant's present cognizance.

(2) Defendant shall immediately report to the United States Marshal's Office, Room 20006, 450 Golden Gate Avenue, San Francisco, for further instructions, which defendant shall follow precisely.

(3) Defendant shall report to the federal institution designated by the Attorney General on or before 2:00 p.m., or to the above office of the United States Marshal on or before 12:00 Noon, on July 23, 1993.

(4) Any failure by defendant to obey all requirements of this order shall be punishable as a contempt.

FAILURE TO APPEAR as required in this order constitutes a separate offense, a violation of Section 3146 of Title 18, United States Code, and is punishable by additional imprisonment of up to five years.

Dated: 6/23/93

_____
UNITED STATES DISTRICT JUDGE

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By _____ Deputy Clerk
Date: JUL 20 1993

OCT 27 1993

RICHARD W.
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 92-0423-BAC |
| Plaintiff, | |
| vs. | |
| DAVID NJENGA, | |
| Defendant. | ORDER TO EXONERATE BOND |

Defendant having reported for service of his sentence of imprisonment and AUSA Sandra Teters having been apprised and having no objection, IT IS HEREBY ORDERED that the bond posted in this case be EXONERATED. Any property or money posted on defendant Njenga's behalf in the above captioned case shall be returned or reconveyed forthwith by the Clerk of Court.

So Ordered.

DATED: October 27, 1993

PHYLLIS J. HAMILTON
United States Magistrate Judge

-1-

PTI-4187