US POSTAGE
017H15520714
$0.410
11/20/2007
Mailed From 98421
HASLER



Nyendo Nyengo 91-73-8632
1623 East J. Street
Tacoma WA 98421

Clerk of Court
U.S District Court
450 Golden Gate
San Francisco CA
94119

Legal mail

94102\$3651 C034