FILED
07 DEC -5 PM 3:48
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SBA (PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

David M. Njenga
Plaintiff,

vs.

B.I.C.E
SAN-FRANCISCO
& NEIL CLARK
Defendant.

CV 07 5769
CASE NO. ______________

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, DAVID M. NJENGA, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ (No) ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____ Ø ____ Net: ____ Ø ____

Employer: ______________________________

______________________________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

GOOD SHEPHERD COMMUNITIES

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ (No) ___

b. Income from stocks, bonds, or royalties? — Yes ___ (No) ___

c. Rent payments? — Yes ___ (No) ___

d. Pensions, annuities, or life insurance payments? — Yes ___ (No) ___

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ (No) ___

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

3. Are you married? (Yes) ___ No ___

Spouse's Full Name: SALOME W. NJENGA

Spouse's Place of Employment: GOOD SHEPHERD COMMUNITIE

Spouse's Monthly Salary, Wages or Income:

Gross $ 1,200 Net $ 800

4. a. List amount you contribute to your spouse's support:$ Ø

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

M.N. E.N R.N A N 16, 13 4 1 year

Respectfully before detention 100%

5. Do you own or are you buying a home? Yes ___ (No) ___

Estimated Market Value: $___ Amount of Mortgage: $___

6. Do you own an automobile? (Yes) ___ No ___

Make GMC Year 1998 Model Jimmy

Is it financed? (Yes) ___ No ___ If so, Total due: $ 5000

Monthly Payment: $ 306

7. Do you have a bank account? (Yes) ___ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: ALASKA CREDIT UNION

Present balance(s): $ Ø

Do you own any cash? Yes ___ (No) ___ Amount: $ Ø

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ (No) ___

8. What are your monthly expenses?

Rent: $ Ø Utilities: Ø

Food: $ Ø Clothing: Ø

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| — | $ — | $ — |
| — | $ — | $ — |
| — | $ — | $ — |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

______________________________

______________________________

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

C 07-1498 JSZ- MAT

______________________________

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

11-26-07 ______________ ______________________________

DATE SIGNATURE OF APPLICANT

#________

Northwest Detention Center

# Detainee Request Form (Solicitacion de Detenido)

| Alien Number (Numero de Extranjero): A91-73-8632 | | Detainee Name (Nombre de Detenido): David Njenga |
|---|---|---|
| Living Unit (Dormitorio): D-2 | Bunk Number (Numbre Iitera): 108 B | Date (Fecha): 11-23-07 |

**Type of Request:** [ ] ICE (Immigracion) [ ] Mail (Correo) [ ] Property (Propiedad)

[ ] Emergency Phone Call (Emergencia Telefono) [ ] Recreation (Recreacion)

[X] Finance (Dinero) [ ] Work Request (Trabajo Soicitacion) [ ] Commissary (Commisara)

[ ] Classification Appeal (Classificacion) [ ] Food (Comida) [ ] Other (Otro)

**Request (Solicitacion):** please sign the back page certificate of funds and give me a certified copy of my trust account thank-you

[signature] Detainee Signature (Firma Detenido)

**Response:** Certified copy attached

[signature] Staff Signature 11/26/07 Date

Original - Detainee Response Copy- Detainee File Copy Responder-File Copy

011107

Case Number: CV 07-5769SBA

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Njenga, David [prisoner name] for the last six months NW Detention Center [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 139.38 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 163.51.

Dated: 11/26/07

[signature]
[Authorized officer of the institution]

Date : 11/26/2007
Time : 10:56

# Account Activity Ledger

**From :** 06/06/2007 **To :** 11/26/2007

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 91738632 | **Name** NJENGA, DAVID | | | **Block** D2 108 | | | **Previous Balance** | | 7.79 |
| Sales Transaction | 10/02/2007 | 09:46 | I#67819 | | I | 7.45 | | | 0.34 |
| USPMO 36947 | 10/04/2007 | 08:29 | B#49042 | 342380 | D | | 100.00 | | 100.34 |
| Sales Transaction | 10/05/2007 | 10:08 | I#68254 | | I | 98.85 | | | 1.49 |
| Postage | 10/11/2007 | 08:42 | B#49639 | 346589 | W | | | -0.58 | 0.91 |
| Postage | 10/11/2007 | 08:42 | B#49640 | 346593 | W | | | -0.58 | 0.33 |
| Postage | 10/15/2007 | 09:34 | B#50011 | 348871 | W | | | -0.33 | 0.00 |
| 36969 D2 | 10/19/2007 | 08:22 | B#50469 | 363280 | D | | 100.00 | | 100.00 |
| Postage | 10/26/2007 | 10:07 | B#51111 | 368025 | W | | | -0.41 | 99.59 |
| Postage | 10/26/2007 | 10:08 | B#51112 | 368029 | W | | | -0.41 | 99.18 |
| Postage | 10/26/2007 | 10:08 | B#51113 | 368033 | W | | | -0.58 | 98.60 |
| Sales Transaction | 11/02/2007 | 10:35 | I#72272 | | I | 22.80 | | | 75.80 |
| Sales Transaction | 11/06/2007 | 14:54 | I#72836 | | I | 4.45 | | | 71.35 |
| Sales Transaction | 11/09/2007 | 10:16 | I#73340 | | I | 6.85 | | | 64.50 |
| Postage | 11/09/2007 | 10:21 | B#52356 | 377147 | W | | | -0.41 | 64.09 |
| Postage | 11/09/2007 | 10:21 | B#52357 | 377151 | W | | | -0.41 | 63.68 |
| Postage | 11/13/2007 | 09:49 | B#52614 | 378729 | W | | | -0.41 | 63.27 |
| Sales Transaction | 11/13/2007 | 10:01 | I#73881 | | I | 62.70 | | | 0.57 |
| Postage | 11/16/2007 | 07:10 | B#52885 | 381385 | W | | | -0.57 | 0.00 |

| | | | |
|---|---|---|---|
| **Deposits** | 12 | **For $** | 1,533.20 |
| **Withdraws** | 29 | **For $** | -1,053.15 |
| **Invoices** | 21 | **For $** | 480.05 |
| **Outstanding Debt** | | **$** | 1.40 |

Certified Copy
Of Detainees Account
NWDC
Signature [signature]
Date 11/26/07

Date : 11/26/2007

Time : 10:56

# Account Activity Ledger

**From :** 06/06/2007 **To :** 11/26/2007

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 91738632 | **Name** NJENGA, DAVID | | | **Block** D2 108 | | | **Previous Balance** | | 0.00 |
| Imported Entry | 06/06/2007 | 07:00 | B#38583 | 264308 | D | | 0.00 | | 0.00 |
| CASH ON INTAKE | 07/17/2007 | 07:53 | B#42040 | 290140 | D | | 443.20 | | 443.20 |
| Sales Transaction | 07/17/2007 | 10:56 | I#57448 | | I | 48.05 | | | 395.15 |
| Postage | 07/19/2007 | 09:56 | B#42233 | 291879 | W | | | -1.48 | 393.67 |
| Postage | 07/20/2007 | 09:07 | B#42396 | 292723 | W | | | -0.41 | 393.26 |
| Sales Transaction | 07/20/2007 | 11:01 | I#57907 | | I | 3.15 | | | 390.11 |
| 31792-d2 | 07/25/2007 | 09:42 | B#42801 | 295686 | D | | 40.00 | | 430.11 |
| 31787-d2 | 07/26/2007 | 13:33 | B#42884 | 296266 | D | | 20.00 | | 450.11 |
| V-37102 | 07/27/2007 | 10:07 | B#42959 | 296984 | D | | 190.00 | | 640.11 |
| Sales Transaction | 07/31/2007 | 11:43 | I#59335 | | I | 10.80 | | | 629.31 |
| Sales Transaction | 08/02/2007 | 12:52 | I#59372 | | I | -10.80 | | | 640.11 |
| Postage | 08/03/2007 | 10:08 | B#43652 | 302351 | W | | | -0.41 | 639.70 |
| Postage | 08/03/2007 | 10:09 | B#43653 | 302355 | W | | | -0.15 | 639.55 |
| 36818-D2 | 08/07/2007 | 09:56 | B#43945 | 304644 | D | | 250.00 | | 889.55 |
| 36819-D2 | 08/07/2007 | 10:09 | B#43948 | 304650 | D | | 100.00 | | 989.55 |
| Sales Transaction | 08/07/2007 | 14:39 | I#60255 | | I | 45.17 | | | 944.38 |
| Sales Transaction | 08/10/2007 | 12:34 | I#60750 | | I | 7.26 | | | 937.12 |
| V 38444 | 08/13/2007 | 09:38 | B#44366 | 307450 | D | | 250.00 | | 1187.12 |
| Sales Transaction | 08/14/2007 | 10:01 | I#61316 | | I | 47.55 | | | 1139.57 |
| Postage | 08/16/2007 | 08:13 | B#44634 | 309583 | W | | | -1.14 | 1138.43 |
| Postage | 08/16/2007 | 08:13 | B#44635 | 309587 | W | | | -1.14 | 1137.29 |
| Sales Transaction | 08/21/2007 | 13:04 | I#62218 | | I | 19.83 | | | 1117.46 |
| Postage | 08/22/2007 | 09:16 | B#45145 | 313385 | W | | | -2.50 | 1114.96 |
| Postage | 08/22/2007 | 09:16 | B#45146 | 313389 | W | | | -4.60 | 1110.36 |
| Sales Transaction | 08/23/2007 | 12:55 | I#62303 | | I | -3.50 | | | 1113.86 |
| Postage | 08/24/2007 | 08:33 | B#45288 | 314991 | W | | | -0.49 | 1113.37 |
| Postage | 08/27/2007 | 10:48 | B#45354 | 316345 | W | | | -0.17 | 1113.20 |
| Sales Transaction | 08/28/2007 | 10:14 | I#63133 | | I | 35.45 | | | 1077.75 |
| Sales Transaction | 08/30/2007 | 13:41 | I#63195 | | I | -4.10 | | | 1081.85 |
| RELEASE FUNDS TO MOT | 08/31/2007 | 13:23 | B#45948 | 320309 | W | | | -1000.00 | 81.85 |
| Postage | 09/04/2007 | 10:20 | B#46109 | 320783 | W | | | -0.08 | 81.77 |
| Postage | 09/04/2007 | 10:21 | B#46110 | 320787 | W | | | -1.85 | 79.92 |
| Postage | 09/04/2007 | 10:21 | B#46111 | 320791 | W | | | -0.73 | 79.19 |
| Sales Transaction | 09/04/2007 | 14:56 | I#63949 | | I | 17.95 | | | 61.24 |
| Sales Transaction | 09/07/2007 | 12:12 | I#64458 | | I | 52.14 | | | 9.10 |
| 36880-d2 | 09/10/2007 | 08:04 | B#46642 | 325080 | D | | 25.00 | | 34.10 |
| Postage | 09/10/2007 | 12:28 | B#46760 | 325685 | W | | | -0.17 | 33.93 |
| Postage | 09/14/2007 | 14:52 | B#47247 | 328905 | W | | | -10.55 | 23.38 |
| Postage | 09/14/2007 | 14:53 | B#47248 | 328909 | W | | | -11.90 | 11.48 |
| Postage | 09/14/2007 | 14:53 | B#47249 | 328913 | W | | | -10.20 | 1.28 |
| Sales Transaction | 09/18/2007 | 12:01 | I#65988 | | I | 1.25 | | | 0.03 |
| 36932-d2 | 09/27/2007 | 08:36 | B#48388 | 337592 | D | | 15.00 | | 15.03 |
| Postage | 09/27/2007 | 10:07 | B#48430 | 337687 | W | | | -0.49 | 14.54 |
| Sales Transaction | 09/28/2007 | 11:04 | I#67333 | | I | 6.75 | | | 7.79 |



David Njenga # 91-73-8632
1623 East -J- Street
Tacoma WA
98421

017H15520714
HASLER
$0.58⁰
11/28/2007
Mailed From 98421
US POSTAGE

CLERK OF THE COURT
U.S DISTRICT COURT N.D OF California
450 GOLDEN GATE ST
SAN FRANCISCO CA
94102

D2